# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDGAR ROYCE RANDLE-GILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-553-J |
| ) | |
| COMANCHE COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, appearing pro se, filed a Complaint under 42 U.S.C. § 1983 against the Comanche County Jail and the Lexington Assessment and Reception Center. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin granted Plaintiff's motion to proceed in forma pauperis and ordered Plaintiff to make a $29.60 initial filing fee payment no later than June 27, 2024. [Doc. No. 6]. Plaintiff was cautioned that failure to make the payment would likely result in dismissal. *See id.* Plaintiff did not make the payment or otherwise communicate with the Court and on July 17, 2024, Judge Erwin issued a Report and Recommendation recommending dismissal without prejudice. [Doc. No. 7]. Plaintiff did not object by the August 5, 2024 deadline and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 7] and DISMISSESS the action without prejudice. A separate judgment will enter.

2

IT IS SO ORDERED this 14th day of August, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

2